UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LAMARR FLETCHER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 3:12-cv-00830 |
| ) | Judge Trauger |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### O R D E R

The movant, Lamarr Fletcher, proceeding *pro se*, has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. (Docket No. 1). The movant presently is incarcerated at the Lexington Federal Medical Center in Lexington, Kentucky.

In accordance with the Memorandum entered contemporaneously herewith, the movant's motion seeking to vacate, set aside, or correct sentence (Docket No. 1) is hereby **DENIED**. This action, therefore, is hereby **DISMISSED WITH PREJUDICE**. Rule 8(a), Rules – § 2255 Cases. A certificate of appealability will not issue as to any of the claims set forth in the movant's motion. Rule 11(a), Rules Gov'g § 2255 Motions. The movant's motion to rule upon the merits (Docket No. 23) is therefore **DENIED AS MOOT**.

Entry of this order shall constitute the judgment in this action.

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge